## BALL *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 105, September Term, 1964.]

*Decided March 10, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

For the reasons assigned by Judge Prendergast below, the application must be denied.

Judge Prendergast stated at the hearing that all questions, except those treated by him, had been abandoned. In this Court, the petitioner makes the bald statement that he did not authorize anyone to abandon any of his contentions. A reading of applicant's original petition reveals no valid ground for relief which was not considered and rejected by Judge Prendergast.

*Application denied.*